IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00031-PAB-MJW

SAFDAR LILAK,

Plaintiff(s),

v.

ASTRAZENCA PHARMACEUTICAL-US INC., CORPORATION,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      On April 24, 2012, plaintiff filed a motion (Docket No. 26) requesting permission to amend his complaint.  On July 12, 2012, the court denied plaintiff's motion to amend, noting that defendant's Motion to Dismiss (Docket No. 6) had been filed long before on January 26, 2012.  The court found there was undue delay on plaintiff's part and, in view of the ripe Motion to Dismiss, allowing plaintiff to amend his complaint would unduly prejudice defendant.

      Plaintiff has filed another a motion to amend (Docket No. 37).  This court's recommendation (Docket No. 33) on defendant's motion to dismiss is now pending.  For the same reasons found in the July 12, 2012 order (Docket No. 31), the court finds that allowing plaintiff's to amend his complaint would be unduly prejudicial to defendant.

      Accordingly, it is hereby **ORDERED** that plaintiff's Motion Requesting Permission to File Amended and Supplemental Pleading (Docket No. 37) is **DENIED**.  In addition, plaintiff's tendered Amended Complaint (Docket No. 35) shall be **STRICKEN**.

Date: August 15, 2012