**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00031-PAB-MJW

SAFDAR LILAK,

    Plaintiff,

v.

ASTRAZENCA PHARMACEUTICAL-US INC., CORPORATION,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc #43) of Judge Philip A. Brimmer entered on September 26, 2012 it is

ORDERED that the Recommendation of United States Magistrate Judge [Docket No. 33] is ACCEPTED. It is further

ORDERED that Defendant AstraZeneca Pharmaceutical-US Inc., Corporation's [AstraZeneca Pharmaceutical, LP] Motion to Dismiss [Docket No. 6] is GRANTED. It is further

ORDERED that this case is dismissed in its entirety.

DATED at Denver, Colorado, this 28th day of September, 2012.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/Edward P. Butler
                                    Edward P. Butler, Deputy Clerk